UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR09-133-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MICAH BUITRON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:     Supervised Release Violations (5)

<u>Date of Detention Hearing</u>:    June 1, 2017.

Defendant is charged with five alleged violations of the conditions of supervised release in the above-captioned matter. (Dkt. 71, 72.) In an initial appearance on June 1, 2017, defendant denied the alleged violations, and an evidentiary hearing has been scheduled before Judge Jones on June 30, 2017. The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3143(a)(1), FRCP 32.1(a)(6), finds that defendant has failed to show by clear and convincing evidence that he does not pose a risk of danger or risk of nonappearance. Until further order of the Court, this Order supersedes defendant's release in Case No. CR17-112

DETENTION ORDER
PAGE -1

RAJ (Dkt. 14, 16 therein).

It is therefore ORDERED:

1. Defendant shall be detained pending evidentiary hearing on violation of supervised release and committed to the custody of the Attorney General for confinement;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 1st day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge