UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BUI, a/k/a Micah Buitron,<br><br>Defendant. | NO. CR17-112RAJ<br>CR09-133RAJ<br><br>ORDER TO SEAL GOVERNMENT'S EXHIBITS E, G AND J TO COMBINED SENTENCING MEMORANDUM AND SUPERVISED RELEASE VIOLATION DISPOSITION MEMORANDUM |

Having considered the Government's Motion to Seal and because of the sensitive information contained within Exhibits E, G and J, and the Court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal Exhibits E, G and J to the Combined Sentencing Memorandum and Supervised Release Violation Disposition Memorandum shall remain sealed.

DATED this 3rd day of November, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

Order to Seal Exhibits E, G & J / - 1
U.S. v. Edward Bui, a/k/a Micah Buitron
CR17-112RAJ, CR09-133RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970