# UNITED STATES DISTRICT COURT
Western District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Micah Buitron aka Edward Bui | Case Number: 2:09CR00133RAJ-001 |
| | USM Number: 39278-086 |
| | Peter Camiel |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   1, 2, 3, 4, and 5   of the petitions dated May 26, 2017.

☐ was found in violation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failing to disclose all bank accounts. | May 19, 2017 |
| 2. | Failing to submit truthful and complete financial documents. | May 18, 2017 |
| 3. | Incurring new credit charges and opening a line of credit. | January 2017 |
| 4. | Failing to submit truthful monthly reports. | May 04, 2017 |
| 5. | Traveling outside the judicial district without permission. | January 2017 |

The defendant is sentenced as provided in pages 2 through 12 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Matthew Diggs
Assistant United States Attorney

November 3, 2017
Date of Imposition of Judgment

Signature of Judge

Richard A. Jones, United States District Judge
Name and Title of Judge

11/3/17
Date

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

time served, ~~no supervision to follow~~ to be run concurrent to the sentence imposed in CR17-112 RAJ.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 200 (paid) | $ N/A | $ N/A | $ 248,073.34 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See Attached "Additional Restitution Payees" | $248,073.34 | $248,073.34 | 100% |
| TOTALS | $248,073.34 | $248,073.34 | |

☒ Restitution amount ordered pursuant to plea agreement $ 248,073.34

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
   ☒ the interest requirement is waived for the ☐ fine ☐ restitution
   ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☒ The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Micah Buitron aka Edward Bui
CASE NUMBER: 2:09CR00133RAJ-001

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| 1stoplighting<br>Attn: Mihran Berejikian<br>2020 29th Street, Suite 201<br>Sacramento, CA 95817 | $11,961.04 | $11,961.04 | |
| ACE Hardware<br>Attn: Angelo Grasso<br>347 Knickerbocker Ave<br>Brooklyn, NY 11237 | $1,395.23 | $1,395.23 | |
| Acu-Market<br>Attn: Jason Nochimson<br>3547 Highridge Road<br>Boynton Beach, FL 33436 | $804.60 | $804.60 | |
| Affordable Lamps<br>Attn: Mark Sadighpour<br>11022 Santa Monica<br>Boulevard, No. 410<br>Los Angeles, CA 90025 | $356.40 | $356.40 | |
| Alcatraz Media, Inc.<br>Attn: Barbara Windsor<br>3850 Holcomb Bridge Road,<br>No. 245<br>Norcross, GA 30092 | $681.10 | $681.10 | |
| Alford I-Enterprises<br>Attn: Tamikia Alford<br>3000 Pigeon Hawk<br>CourtOrlando, FL 32829 | $912.95 | $912.95 | |
| Almont Pool & Spa No. 2<br>3519 Van Dyke Road<br>Almont, MI 48003-8057 | $2,350.27 | $2,350.27 | |
| American 3B Scientific<br>Attn: Shelly Chapman<br>2189 Flinstone Drive #O<br>Tucker, GA 30084 | $875.88 | $875.88 | |

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

| Payee | | |
|---|---|---|
| Anthro Corporation<br>Technology Furniture<br>Attn: Susan Clemo<br>10450 SW Manhasset Dr.<br>Tualatin, OR 97062 | $473.93 | $473.93 |
| Aquarius Enterprises<br>Attn: Deborah Beam<br>105 W NC 54, No. 245<br>Durham, NC 27713 | $815.52 | $815.52 |
| Aubuchon Hardware<br>Attn: Brenda Keating<br>95 Aubuchon Drive<br>Westminster, MA 01743 | $739.95 | $739.95 |
| Bathroom Getaways<br>Attn: Ted Hust<br>840 West Circle Drive<br>Vestal, NY 13850 | $1,904.00 | $1,904.00 |
| Bernell Vision Training<br>4016 North Home Street<br>Mishawaka, IN 46545 | $4,175.44 | $4,175.44 |
| Best Priced Furniture<br>Attn: Loren Pleet<br>23505 Crenshaw Blvd #149<br>Torrence, CA 90505 | $3,705.00 | $3,705.00 |
| Best Priced Products<br>P.O. Box 1174<br>White Plains, NY 10602 | $357.01 | $357.01 |
| Board Game Revolution<br>Attn: Brant Jarrett<br>293 E 930 South<br>Orem, UT 84058 | $2,296.33 | $2,296.33 |
| Build Direct<br>Attn: Natalie Ku<br>1900 570 Granville Street<br>Vancouver, BC V8C 3P1 | $4,393.00 | $4,393.00 |

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

| | | |
|---|---|---|
| Carolina Biological<br>2700 York Road<br>Burlington, NC 27215 | $8,604.38 | $8,604.38 |
| Crime Scene<br>Attn: Tom Arriolla<br>3440 North 16th, #4<br>Phoenix, AZ 85016 | $303.06 | $303.06 |
| DME Direct<br>Attn: Andrew Everett<br>28486 Westinghouse Pl, #120<br>Valencia, CA 91355 | $519.22 | $519.22 |
| Dock 1<br>Attn: Sherri Pollack<br>119 East King<br>Johnson City, TN 37601 | $1,593.06 | $1,593.06 |
| Drill Spot<br>Attn: Jennifer Conaway<br>5603 Arapahoe Ave, #6<br>Boulder, CO 80303 | $414.72 | $414.72 |
| Early Bird Shops<br>Attn: Brandon Reid<br>6100 Enterprise Drive #A<br>Diamond Springs, CA 95619 | $1,049.00 | $1,049.00 |
| Eimprovements<br>Attn: Nick Fox<br>P.O. Box 044271<br>Racine, WI 53404 | $13,532.90 | $13,532.90 |
| EMCOC, LLC<br>Attn: Michael Aiello<br>2 Karides Village Dr #213<br>Seymour, CT 06438 | $594.36 | $594.36 |
| Ennovation<br>Attn: Cyndi Schmidbauer<br>5 W Chestnut Ave<br>Merchantville, NJ 08109 | $592.00 | $592.00 |

AO245D  (Rev. 11/16) Judgment in a Criminal Case For Revocations

Judgment — Page 7 of 12

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

| | | |
|---|---:|---:|
| Exclusively Home<br>Attn: Stan Valiulis<br>1400 Eddy Ave<br>Rockford, IL 61103 | $11,589.00 | $11,589.00 |
| Expedia<br>333 108th NE<br>Bellevue, WA 98004 | $890.85 | $890.85 |
| Factory Express<br>Attn: Natalie Sherrod<br>3505 Constitution Ave NE<br>Albuquerque, NM 87106 | $2,050.07 | $2,050.07 |
| Frame Displays<br>Attn: Dawn Tuzo<br>45945 Trefoil Ln, #169<br>Sterling, VA 20166 | $3,663.62 | $3,663.62 |
| Furney's Nursery<br>21215 International Blvd<br>Des Moines, WA 98198 | $1,280.55 | $1,280.55 |
| Game Cabinets Inc.<br>Attn: Philipp Schuessler<br>19510 144th NE, Ste A-7<br>Woodinville, WA 98072 | $3,256.56 | $3,256.56 |
| Good-Lite Company<br>Attn: Tim Collins<br>1155 Jansen Farm Road<br>Elgin, IL 60123 | $1,578.50 | $1,578.50 |
| H2O Instruments<br>Attn: Clyde Brizio<br>2380 Pawtucket Ave<br>East Providence, RI 02914 | $529.51 | $529.51 |
| Home Everything<br>Attn: Jamie Blake<br>1202 Lexington Ave, #1000<br>New York, NY 10028 | $1,753.00 | $1,753.00 |

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

| Payee | Amount | Amount |
|---|---|---|
| IKEA<br>601 SW 41st<br>Renton, WA 98057 | $1,969.52 | $1,969.52 |
| Improvement Direct<br>Attn: Hope Maderos<br>P.O. Box 7990<br>Chico, CA 95927 | $20,304.61 | $20,304.61 |
| InMod<br>Attn: Elaine Larua<br>1 Madison St, Sec F-3<br>East Rutherford, NJ 07073 | $4,362.00 | $4,362.00 |
| KeyMat<br>Attn: Jim Matthys<br>P.O. Box 49<br>St. Charles, IL 60174 | $368.54 | $368.54 |
| Lhasa OMS<br>230 Libbey Pkwy<br>Weymouth, MA 02189 | $1,061.50 | $1,061.50 |
| Lighting Showroom<br>Attn: Anita Turner<br>1843 Broadway Ave<br>Boise, ID 83706 | $2,053.08 | $2,053.08 |
| Lowes<br>Attn: Civil Demand and Restitution<br>P.O. Box 1000-A2ELP<br>Mooresville, NC 28115 | $491.68 | $491.68 |
| MASS Group, Inc.<br>8345 NW 66th St., #5026<br>Miami, FL 33166 | $1,280.08 | $1,280.08 |
| MedSpa<br>Attn: Carlotta Crossley<br>10733 Del Rudini Street<br>Las Vegas, NV 89141 | $327.29 | $327.29 |

DEFENDANT:     **Micah Buitron aka Edward Bui**
CASE NUMBER:   2:09CR00133RAJ-001

| | | |
|---|---|---|
| Modern Collections<br>6736 Preston #D<br>Livermore, CA 94551 | $4,414.00 | $4,414.00 |
| Nasco Modesto<br>Attn: Mary Addison<br>P.O. Box 3837<br>4825 Stoddard Rd<br>Modesto, CA 95356 | $834.59 | $834.59 |
| National Pool<br>P.O. Box 3222<br>Okeechobee, FL 34973 | $2,399.00 | $2,399.00 |
| Northline Express<br>Attn: Sue Lundy<br>P.O. Box 688<br>Roscommon, MI 48653 | $1,115.08 | $1,115.08 |
| Our Health Network<br>Attn: Dr. Paul Kasdan<br>3149 Dundee Road, #268<br>Northbrook, IL 60062 | $610.63 | $610.63 |
| Precision Vision<br>Attn: Sue Egan<br>944 First Street<br>LaSalle, IL 61301 | $743.07 | $743.07 |
| PenHealth<br>Attn: Martyn Shine<br>3a Park Lane Business Ctr<br>Nottingham, UK NG6 0DU | $119.95 | $119.95 |
| QCI Direct (Home Trends)<br>P.O. Box 20403<br>New York, NY 14602 | $89.95 | $89.95 |
| Quality Kitchens<br>Attn: Roseann Smith<br>1949 Fireside<br>Casselberry, FL 32707 | $1,266.00 | $1,266.00 |

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

| | | |
|---|---:|---:|
| Richmond Products, Inc.<br>Attn: Elizabeth Powell<br>4400 Silver Ave SE<br>Albuquerque, NM 87108 | $1,541.29 | $1,541.29 |
| Safe Home<br>Attn: William Staib<br>3578 Perch Drive SE<br>Iowa City, IA 52240 | $1,886.54 | $1,886.54 |
| Sammons Preston<br>Attn: Michael Tomola<br>1000 Remington Blvd, #210<br>Bollingbrook IL 60440 | $3,705.71 | $3,705.71 |
| Scopes N More<br>Attn: Goldie Talley<br>6205 Joe Lane<br>Nampa, ID 83687 | $570.00 | $570.00 |
| Simply Vacuums<br>Attn: Rich Woodis<br>21897 S. Diamond Lake<br>Rogers, MN 55277 | $870.39 | $870.39 |
| Smart Bargains<br>Attn: Seth Gotchur<br>10 Milk Street<br>Boston, MA 02108 | $668.98 | $668.98 |
| Smart Draw<br>Attn: Peggy Foster<br>9909 Mira Mesa Blvd<br>San Diego, CA 92131 | $197.00 | $197.00 |
| Stereo Optical<br>Attn: Mackenzie Rakers<br>8623 Bryn Mawr Ave, #502<br>Chicago, IL 60631 | $1,054.12 | $1,054.12 |
| Stubbs Equine Innovation<br>Attn: Dr. R. Clay Stubbs<br>5050 Kingsley Drive<br>Cincinnati, OH 45263-5300 | $214.00 | $214.00 |

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

| | | |
|---|---|---|
| Todd Harmon, Inc.<br>Attn: Chuck Wheeler<br>227 N El Camino Real, #106<br>Encinitas, CA 92024 | $3,899.00 | $3,899.00 |
| Travelocity<br>Attn: Jack Rosengren<br>3150 Sabre Drive<br>Southlake, TX 76092 | $539.30 | $539.30 |
| United Parcel Service<br>Attn: Tom Stewart<br>13035 Gateway Dr. S, #149<br>Seattle, WA 98168 | $74,375.20 | $74,375.20 |
| Vata<br>Attn: Joann Roper<br>308 S. Sequoia Pkwy<br>Canby, OR 97013 | $537.04 | $537.04 |
| Ward's Natural Science<br>Attn: Steve Hubright<br>P.O. Box 92912<br>Rochester, NY 14692 | $2,957.84 | $2,957.84 |
| WKH Lippencott<br>Attn: Joann Houpt<br>161 W. Washington St, #1100<br>Conshohocken, PA 19428 | $15,114.29 | $15,114.29 |
| Zoobler, Inc.<br>Attn: Thomas Olphie<br>29374 N. Silver Meadows Lp<br>Athol, ID 83801 | $3,690.06 | $3,690.06 |
| American Express Security<br>Attn: Lise Lee<br>888 S. Figueroa St, Ste 1770<br>Los Angeles, CA 90017 | $13,656.36 | $13,656.36 |
| **Totals** | **$248,073.34** | **$248,073.34** |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **Micah Buitron aka Edward Bui**
CASE NUMBER: 2:09CR00133RAJ-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒ PAYMENT IS DUE IMMEDIATELY. Any unpaid amount shall be paid to
Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

- ☒ During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

- ☐ During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

- ☐ During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible. The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court, Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.